UNIVERSAL FINANCE CORPORATION, RESPONDENT, v. MICHAEL KUNA ET AL., APPELLANTS.

Argued February 5, 1930—Decided October 20, 1930.

For the respondent, *Michael G. Alenick.*

For the appellant, *Joseph Zemel.*

PER CURIAM.

The judgment under review herein should be affirmed for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-CHARD, LLOYD, CASE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.